# EXHIBIT
# A

**Goldberg, Stuart**

| | |
|---|---|
| **From:** | Corey Woodfolk <cwoodfolk@batesgarcia.com> |
| **Sent:** | Monday, March 16, 2020 9:52 AM |
| **To:** | Goldberg, Stuart |
| **Cc:** | Ivan Bates; Tony; mglass@mglasslaw.com |
| **Subject:** | Second Amended Complaint & Line/ Albert Brown |
| **Attachments:** | Second Amended Complaint 3.16.20.pdf; Albert Brown Line 3.16.20.pdf |

Please see attached, Second Amended Complaint and Line.

**Corey L. Woodfolk**
**General Manager**
**Bates & Garcia, LLC.**
**201 N. Charles Street, Suite 1900**
**Baltimore, MD 21201**
**410-814-4600 - Telephone/410-814-4604 - Fax**
cwoodfolk@batesgarcia.com