# EXHIBIT B

# Goldberg, Stuart

| | |
|---|---|
| **From:** | Michael E. Glass <mglass@michaelglasslaw.com> |
| **Sent:** | Tuesday, April 14, 2020 1:06 PM |
| **To:** | Goldberg, Stuart; Tony |
| **Cc:** | Ivan Bates; Christopher C. Jeffries; Duke, Neil; Louis P. Malick |
| **Subject:** | Re: April Sims/ Albert Brown |
| **Attachments:** | Albert Brown THIRD COMPLAINT- REDLINE FINAL 4.14.20.pdf; BROWN - CLEAN-FINAL 4.14.20.pdf |

Gentlemen,

I hope everyone is staying safe. Attached is a Redline and Clean copy of the Third-Amended Complaint. Thank you for your patience.

Michael E. Glass, MBA, Esq.
The Michael Glass Law Firm
201 N. Charles Street, Suite 1900
Baltimore, MD 21201
(410) 779-0600 (tel)
(410) 814-4604(fax)
mglass@mglasslaw.com

This message may contain confidential information that may also be privileged and is for the exclusive use of the intended recipient (s). Any distribution, copying or use of this communication or its information by an unintended recipient(s) is strictly prohibited and may be unlawful. Do not forward or otherwise disclose the contents of this email if you are an unintended recipient, if this email has been forwarded to you by an unintended recipient, or if this email has been forwarded to you by an intended recipient without authorization. Please delete this communication if you have erroneously received it, and notify the sender by telephone and return e-mail. Thank you.

---

**From:** Goldberg, Stuart <sgoldberg@bakerdonelson.com>
**Sent:** Monday, April 13, 2020 9:16 AM
**To:** Michael E. Glass <mglass@michaelglasslaw.com>; Tony <tony@batesgarcia.com>
**Cc:** Ivan Bates <ivan@batesgarcia.com>; Christopher C. Jeffries <CJeffries@kg-law.com>; Duke, Neil <nduke@bakerdonelson.com>; Louis P. Malick <lmalick@kg-law.com>
**Subject:** RE: April Sims/ Albert Brown

Good Morning All,

I hope you had a nice weekend and you/yours are safe/healthy.

If you forwarded a copy of the Third Amended Complaint to us, without my knowledge, I apologize. That said, the Maryland Judiciary Case Search does not reflect the same was filed. Please note, if we do not receive an Amended Complaint by close of business, tomorrow, April 14, 2020, we will be filing removal documentation on Wednesday, April 15, 2020. We have continuously staved off this process by relying on your repeated time lines stating when we could expect copies of the Third Amended Complaint, but have not received a copy of the same.

Please let me know if you have any questions or concerns. Thank you for your time and attention to this matter.

**Stuart R. Goldberg**
Attorney
Office Phone 410.862.1339
Mobile Phone 443.306.0747