# EXHIBIT
# E.13

CIRCUIT COURT FOR BALTIMORE CITY
Marilyn Bentley
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street - Room 462
Baltimore, MD 21202-
410-333-3722, TTY for Deaf: (410)-333-4389

Neil E Duke Esq
Ober, Kaler, Grimes & Shriver P C
100 Light Street
19th Floor
Baltimore MD 21202

### NOTICE OF MOTIONS HEARING

IN RE:   Albert Brown vs Officer Wayne E Jenkins, et al
Case No:   24-C-19-004047 OT        Old Case No:
            C I V I L

The above-referenced case has been assigned for

**Motion Hearing (Civil)**

on **February 21, 2020** at the following time and place:

    Time:   10:00AM
    Room:   329
    Place:  Courthouse East
            111 North Calvert Street
            Baltimore MD, 21202-

Counsel must notify all necessary parties to appear at the time and place described above.

Please note that the time allotted for motions hearings shall not exceed one-half hour. If it is expected that hearing will take more than one half hour, please notify the assignment office at (410) 333-3755.

Any request for accomodation under the Americans With Disabilities Act should be directed to the Administrative Office of the Circuit Court for Baltimore City by calling (410) 396-5188, or TTY for hearing impaired: (410) 396-4930.

Requests for postponements are heard daily at 1:45 p.m. in Room 231 Courthouse East, 111 North Calvert Street.

****THIS NOTICE OF THE DATE, TIME AND LOCATION OF THE EVENT SUPERSEDES ALL PREVIOUS NOTICES****

Date Issued: 02/10/20   (Batch)
CC:
CC: Albert Brown
    Michael I Gordon, Esq.

RECEIVED FEB 12 2020 BY:

CIRCUIT COURT FOR BALTIMORE CITY
ASSIGNMENT DIVISION
111 N. CALVERT ST., ROOM 403
BALTIMORE, MD 21202

"Possession and use of cell phones and other electronic devices may be limited or prohibited in designated areas of the court facility"

Received
FEB 1 2 2020
Baker Donelson

U.S. POSTAGE >> PITNEY BOWES
ZIP 21202 $ 000.50⁰
02 1W
0001402836 FEB 10 2020