# EXHIBIT
# E.19

RECEIVED FOR CIRCUIT COURT FOR BALTIMORE CITY
2020 FEB 26 A 11: 44
CIRCUIT COURT FOR BALTIMORE CITY
CIVIL DIVISION

IN THE CIRCUIT COURT FOR BALTIMORE CITY

| | | |
|---|---|---|
| ALBERT BROWN, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 24-C-19-004047 OT |
| WAYNE E. JENKINS, *et al.* | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANTS' CONSENTED TO MOTION TO SHORTEN TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' RENEWED MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S AMENDED COMPLAINT AND REQUEST FOR HEARING

Defendants, Wayne E. Jenkins and Jemell Rayam ("Defendants"), by and through undersigned counsel and pursuant to Maryland Rule 1-204, with the consent of Plaintiff, hereby move this Court to Shorten Time for Plaintiff to Respond to Defendants' Renewed Motion for Partial Dismissal of Plaintiff's Amended Complaint and Request for Hearing.

1. Upon proper service, Defendants responded to Plaintiff's original Complaint, by filing a Motion for Partial Dismissal of Plaintiff's Complaint. *See* Doc. No. 11/0.

2. On January 17, 2020, Plaintiff filed a Motion for Continuance By Consent. *See* Doc. No. 14/0. The purpose of that filing was to extend the period of time for Plaintiff to respond to Defendants' Motion for Partial Dismissal. *Id*.

3. On January 23, 2020, the Court issued an Order which granted Plaintiff a continuance of time to file a response to Defendants' Motion. *See* Doc. No. 14/1. To wit, Plaintiff was afforded until February 16, 2020, to file the aforesaid response to Defendants' Motion. *See id*.

SRG01 4850-8449-6054v.1
5035840.101472
4850-8449-6054v2
5035840-101472 02/25/2020

4. A Motions Hearing was set for February 21, 2020. *See* Doc. No. 15/0. However, a clerical error resulted in that event not proceeding to oral argument.[1]

5. On February 20, 2020, Plaintiff filed an Amended Complaint. *See* Doc. (the Amended Complaint has yet to be docketed, but Plaintiff served a copy on Defendants and, upon information and belief, did file a copy with the Court).

6. Plaintiff's Amended Complaint deleted references to claims that were once lodged against the Baltimore Police Department ("BPD"). *Id.* The BPD was previously named as a Co-Defendant in Plaintiff's original Complaint. However, on January 6, 2020, this Court granted the Department's Motion to Dismiss. *See* Doc. No. 6/1.

7. Plaintiff's Amended Complaint is unaltered with respect to the substantive Counts, claims and theories lodged against Defendants, Jenkins and Rayam. As such, the arguments posited in Defendants' previously-filed Motion for Partial Dismissal, which Plaintiff has been in possession of since January 6, 2020, are equally applicable hereto. Contemporaneously filed with this instant Motion to Shorten Time is Defendants' Renewed Motion for Partial Dismissal of Plaintiff's Amended Complaint, which is in largely the same form of Defendants' prior filing.

8. On January 9, 2020, the Court issued a Pre-Trial Scheduling Order. *See* Doc. No. 10/0. In order to complete the assigned deadlines of that Scheduling Order (such as expert designations), Defendants request, and Plaintiff consents, to Plaintiff's filing of an expedited response to Defendants' Renewed Motion for Partial Dismissal. To that end, Defendants request, with Plaintiff's consent, that this Court issue an Order that Plaintiff be instructed to respond to

---

[1] By all accounts, the Office of the Clerk did not send a notice of the Hearing to Plaintiff's counsel, which had the net effect of Plaintiff not being in a position to respond to Defendants' Motion for Partial Dismissal at the February 21st Hearing. The circumstances surrounding the administrative glitch were fully described on the record at the February 21, 2020 Hearing (J. Panos).

2

Defendants' Renewed Motion for Partial Dismissal, within ten (10) days of its filing. Defendant files both this instant Consented to Motion to Shorten Time, and their Renewed Motion for Partial Dismissal on today's date (February 26, 2020).[2] Therefore, Plaintiff's response will be due no later than Monday, March 9, 2020.[3] Cause has been shown for the filing of this request, therefore, the shortening of time is both warranted and justified.

**WHEREFORE**, Defendants, Wayne E. Jenkins and Jemell Rayam, respectfully request that this instant Motion to Shorten Time be granted, and that Plaintiff be ordered to respond to Defendants' Renewed Motion for Partial Dismissal, no later than ten (10) days after its filing.

Respectfully submitted,

/s/

Neil E. Duke, CPF #198812150193
Stuart R. Goldberg, CPF# 1812110152
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
A Professional Corporation
100 Light Street, 19th Floor
Baltimore, MD 21202
410-862-1198 (telephone)
443-263-7598 (fax)
nduke@bakerdonelson.com
sgoldberg@bakerdonelson.com
*Attorneys for Defendants Wayne E. Jenkins and Jemell Rayam*

---

[2] For the sake of expediency, copies of the respective Motions have been hand-delivered to Plaintiff's counsel, as attested to on the accompanying Certificate of Service.

[3] Ten days hence is actually Saturday, March 7, 2020. So, Plaintiff will gain the benefit of several additional days under Maryland Rule 1-203(b), by having the opportunity to file its Motion on Monday, March 9th.

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of February, 2020, a copy of the foregoing *Defendants', Wayne E. Jenkins and Jemell Rayam's Consented to Motion to Shorten Time for Plaintiff to Respond to Defendants' Renewed Motion for Partial Dismissal of Plaintiff's Amended Complaint* was hand delivered to:

Ivan Bates, Esquire
Tony N. Garcia, Esquire
BATES & GARCIA, LLC
201 N. Charles Street, Suite 1900
Baltimore, Maryland 21201

Michael E. Glass, Esquire
The Michael Glass Law Firm
201 North Charles Street
Suite 1900
Baltimore, MD 21201
*Attorneys for Plaintiff, Albert Brown*

／s／
_____
Neil E. Duke

SRG01 4850-8449-6054v.1
5035840.101472
4850-8449-6054v2
5035840-101472 02/26/2020

IN THE CIRCUIT COURT FOR BALTIMORE CITY

ALBERT BROWN,         *

    Plaintiff,             *

    v.                     *     Case No. 24-C-19-004047 OT

WAYNE E. JENKINS, *et al.*   *

    Defendants.         *

* * * * * * * * * * * * *

### ORDER

Upon consideration of *Defendants' Consented to Motion to Shorten Time for Plaintiff to Respond to Defendants' Renewed Motion for Partial Dismissal of Plaintiff's Amended Complaint,* it is hereby **ORDERED**:

That Defendants' Motion is **GRANTED**;

And it is, further, **ORDERED**, that Plaintiff shall file a Response to Defendants; Renewed Motion for Partial Dismissal no later than ten (10) days following the filing of Defendants' Motions (i.e., March 9, 2020).

_____       _____
Date                                     Judge, Baltimore City Circuit Court

SRG01 4850-8449-6054v.1
5035840.101472
4850-8449-6054v2
5035840-101472 02/25/2020