IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **ALBERT BROWN,** | * | |
| Plaintiff | * | |
| v. | * | |
| | * | Civil Action No.: 1:20-cv-00971-CCB |
| **WAYNE E. JENKINS,** *et al.* | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF WITHDRAWAL AND CONTINUATION OF COUNSEL

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that to the extent that Neil E. Duke appeared on pleadings in this matter, he hereby withdraws his appearance as counsel of record for Defendants Wayne E. Jenkins and Jemell Rayam.

PLEASE TAKE FURTHER NOTICE that Thomas H. Barnard, Stuart R. Goldberg, and Baker, Donelson, Bearman, Caldwell & Berkowitz, PC remain counsel of record for Defendants Wayne E. Jenkins and Jemell Rayam.

          Respectfully submitted,

          /s/
          Thomas H. Barnard, Fed. Bar No. 27488
          tbarnard@bakerdonelson.com
          BAKER, DONELSON, BEARMAN,
          CALDWELL & BERKOWITZ, P.C.
          100 Light Street
          Baltimore, MD  21202
          Phone:  410-862-1185
          Fax:  410-547-0699
          ***Attorney for Defendants Wayne E. Jenkins and Jemell Rayam***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of June, 2020, a copy of the foregoing *Notice of Withdrawal and Continuation of Counsel* was filed with the United States District Court for the District of Maryland and served, electronically, on all counsel of record, through this Court's CM/ECF e-filing system.

/s/
Thomas H. Barnard, Fed. Bar No. 27488